**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JAMES C. WHALEN,               :   No. 389 MAL 2017
                               :
                   Petitioner  :
                               :
                               :   Petition for Allowance of Appeal from
                               :   the Order of the Commonwealth Court
            v.                 :
                               :
                               :
DEPARTMENT OF EDUCATION,       :
                               :
                   Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.